UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

JOHN DOES 1-10, d/b/a/ msn-profile,

Defendants.

CASE NO. C05-0586C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

To promote efficiency and consistency, the active judges of the Western District of Washington have decided that the Honorable Ricardo S. Martinez, United States District Judge, will handle all pretrial matters in the above-captioned matter and the related cases filed by Plaintiff Microsoft Corporation. Judge Martinez shall have the power to set and to amend all pretrial and trial schedules, and to rule upon any and all pretrial matters, including, without limitation, dispositive motions and motions for reconsideration.   All future pleadings in this matter shall bear the following cause number and designation:

**C05-0586C (RSM)**

**"Phishing" Litigation**

Judge Martinez's name must appear in the upper-right corner of the first page of all pleadings.

SO ORDERED this 15th day of April, 2005.

BRUCE RIFKIN, Clerk of Court

By ___/s/ L. Simle_____

Deputy Clerk

MINUTE ORDER – 1